UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

05-11822 RCL

| | |
|---|---|
| PRO TEM PARTNERS, INC., ) | |
| Plaintiff ) | |
| ) | |
| V. ) | Civil Action No. _____ |
| ) | |
| SEMICO RESEARCH CORPORATION, INC. ) MAGISTRATE JUDGE _____ | |
| Defendant ) | |
| ) | |

RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE 9/7/05

NOTICE OF REMOVAL PURSUANT TO
TITLE 28 USC, §§1332 AND 1446

TO THE HONORABLE JUSTICES
OF THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MASSACHUSETTS:

Petitioner, Semico Research Corp. (hereinafter "Semico") respectfully represents that this matter should be removed on the basis of Diversity Jurisdiction pursuant to Title 28 USC, §1332(a)(1) and 28 USC §1446:

1. Plaintiff Pro Tem Partners, Inc. (hereinafter "Pro Tem")commenced this action in the Superior Court Department of the Commonwealth of Massachusetts for Middlesex County, against defendant Semico by filing in that Court, a Complaint, Pro Tem's initial pleading, setting forth the claim for relief on which the action is based. Copies of the Civil Action Cover Sheet, Complaint, Tracking Order and Docket Sheet are filed herewith pursuant to Title 28 USC, §1446(b).

2. Semico was served with the summons and a copy of the complaint on August 23, 2005. (Dkt # 2). This petition is filed in this Court within 30 days after the receipt by Semico of

a copy of the initial pleading setting forth the claim for relief upon which the action is based therefore the time for filing this petition under Title 28 USC §1446(b) has not yet expired.

3. Plaintiff Pro Tem is a corporation organized under the laws of the Commonwealth of Massachusetts with its principal place of business being in Weston, Massachusetts. (Complaint ¶ 1). Defendant Semico is a corporation organized under the laws of the State of Arizona with a principal place of business in Phoenix, Arizona. (Complaint ¶ 2).

4. According to the Civil Action Cover Sheet filed by Pro Tem in Middlesex Superior Court, Pro Tem alleges it has suffered lost future profits of approximately $885,000.

5. The requirements of federal diversity jurisdiction pursuant to Title 28 USC §1332(a)(1) are satisfied, because the parties are citizens of different States and the amount at issue exceeds the $75,000 jurisdictional amount, exclusive of interest and costs.

6. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Superior Court Department, Middlesex County, Commonwealth of Massachusetts as provided by Title 28 USC §1446(d).

WHEREFORE, the defendant Semico Research Corp. prays that it may effect the removal of this action from the Middlesex Superior Court, Commonwealth of Massachusetts, to this Court, pursuant to USC 28, §§1332(a)(1) and 1446.

By its attorneys,

Joseph F. Ryan BBO# 435720
Lyne Woodworth & Evarts LLP
600 Atlantic Avenue
Boston, MA 02210
Telephone 617/523-6655 - Telecopy 617/248-9877
E-mail: Jryan@LWELaw.com

# Commonwealth of Massachusetts
## MIDDLESEX SUPERIOR COURT
### Case Summary
### Civil Docket

## Pro Tem Partners, Inc. v Semico Research Corporation, Inc.

Details for Docket: MICV2005-02646

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | MICV2005-02646 | **Caption:** | Pro Tem Partners, Inc. v Semico Research Corporation, Inc. |
| **Filing Date:** | 08/01/2005 | **Case Status:** | Needs review for service |
| **Status Date:** | 08/01/2005 | **Session:** | Cv K (9A Cambridge) |
| **Lead Case:** | NA | **Case Type:** | Complex |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 05/28/2006 |
| **Service Date:** | 10/30/2005 | **Disposition:** | 09/25/2006 |
| **Rule 15:** | 12/29/2005 | **Rule 12/19/20:** | 12/29/2005 |
| **Final PTC:** | 07/27/2006 | **Rule 56:** | 06/27/2006 |
| **Answer Date:** | 12/29/2005 | **Jury Trial:** | YES |

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | MICV2005-02646 | **Caption:** | Pro Tem Partners, Inc. v Semico Research Corporation, Inc. |
| **Filing Date:** | 08/01/2005 | **Case Status:** | Needs review for service |
| **Status Date:** | 08/01/2005 | **Session:** | Cv K (9A Cambridge) |
| **Lead Case:** | NA | **Case Type:** | Services, labor, materials |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 05/28/2006 |
| **Service Date:** | 10/30/2005 | **Disposition:** | 09/25/2006 |
| **Rule 15:** | 12/29/2005 | **Rule 12/19/20:** | 12/29/2005 |
| **Final PTC:** | 07/27/2006 | **Rule 56:** | 06/27/2006 |
| **Answer Date:** | 12/29/2005 | **Jury Trial:** | YES |

## Parties Involved

2 Parties Involved in Docket: MICV2005-02646

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Semico Research Corporation, Inc. | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | Phoenix | **State:** | AZ |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Pro Tem Partners, Inc. | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | Weston | **State:** | MA |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

1 Attorneys Involved for Docket: MICV2005-02646

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | LYNC01 |
| **Last Name:** | Holland | **First Name:** | J Allen |
| **Address:** | 101 Federal Street | **Address:** | 22nd floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | |
| **Telephone:** | 617-951-0800 | **Tel Ext:** | |
| **Fascimile:** | 617-951-0811 | **Representing:** | Pro Tem Partners, Inc., (Plaint |

## Calendar Events

No Calendar Events found for Docket: MICV2005-02646.

There are currently no calendar events associated with this case.

## Full Docket Entries

4 Docket Entries for Docket: MICV2005-02646

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 08/01/2005 | 1 | Complaint & civil action cover sheet filed |
| 08/01/2005 | | Origin 1, Type A01, Track F. |
| 08/31/2005 | 2 | SERVICE RETURNED: Semico Research Corporation, Inc.(Defendant) |
| 08/31/2005 | 2 | 08-23-05 in hand 1600 E Northern Ave Suite 255 Phoenix Az |

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 05-2646 | Trial Court of Massachusetts Superior Court Department County: Middlesex |
|---|---|---|

| PLAINTIFF(S) Pro Tem Partners, Inc. | DEFENDANT(S) Semico Research Corporation, Inc. |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE<br>J. Allen Holland, BBO# 546892<br>Anne Hoffman, BBO# 236880<br>Lynch, Brewer, Hoffman & Fink, LLP<br>Board of Bar Overseers number:<br>101 Federal Street, 22nd Floor<br>Boston, MA 02110 (617) 951-0800 | ATTORNEY (if known) |

Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A01 | Contract - Services | ( F ) | ( X ) Yes  ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
 1. Total hospital expenses ................................................. $..........
 2. Total Doctor expenses ................................................. $..........
 3. Total chiropractic expenses ........................................... $..........
 4. Total physical therapy expenses ...................................... $..........
 5. Total other expenses (describe) ...................................... $..........
  Subtotal $..........
B. Documented lost wages and compensation to date ............... $..........
C. Documented property damages to date ............................. $..........
D. Reasonably anticipated future medical and hospital expenses ... $..........
E. Reasonably anticipated lost wages ................................... $..........
F. Other documented items of damages (describe)
  $..........
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

  $..........
  TOTAL $..........

FILED OFFICE OF THE CLERK OF COURTS FOR THE COUNTY OF MIDDLESEX AUG 0 1 2005 Edward J Sullivan CLERK

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):
The Defendant has breached the terms of its Sales Representative Agreement with the Plaintiff, including by wrongfully terminating said Agreement and committed violations of M.G.L. c. 93A. The Plaintiff has suffered lost future profits as a result of said breach of approximately $885,000.00.

TOTAL $. 885,000..

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____ DATE: 7/29/05

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| MIDDLESEX, ss. | SUPERIOR COURT DEPARTMENT<br>CIVIL ACTION NO. |

PRO TEM PARTNERS, INC.,  )
    Plaintiff,  )
  )
  )
v.  )
  )
SEMICO RESEARCH  )
CORPORATION, INC.,  )
    Defendants.  )

FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

AUG 0 1 2005

CLERK

05-2646

### COMPLAINT

1. Plaintiff Pro Tem Partners, Inc. ("Pro Tem") is a corporation duly organized under the laws of Massachusetts with a principal place of business in Weston, County of Middlesex, Massachusetts.

    9296E000008/01/05CIVIL   240
    9296E000008/01/05SUR CHARGE  15
    9296E000008/01/05SUMMONS   5
    9296E000008/01/05SECC   20

2. Defendant Semico Research Corporation, Inc. ("Semico") is a corporation duly organized under the laws of Arizona with a principal place of business in Phoenix, Arizona.

### BACKGROUND

3. Both Semico and Pro Tem are engaged in the business of marketing analytical and consulting services to the semiconductor industry and affiliated industries.

4. On March 17, 2004, Semico and Pro Tem entered into a Sales Representative Agreement, ("Agreement") pursuant to which Pro Tem was appointed exclusive Sales Representative of Semico as to certain listed companies, wherever located, and as to all companies within a certain geographical region extending from South Carolina northerly through Virginia, the mid-Atlantic States, New England, Ontario, Quebec and New Brunswick.

5. In or about January, 2005, Semico began, among other things, to unreasonably restrict Pro Tem's sales efforts, to engage in a harassment campaign to unreasonably burden the Agreement, and to unreasonably delay reimbursement for travel expenses.

6. Such activities constituted breaches of the Agreement.

7.  By letter dated July 20, 2005, Semico purported to terminate the Agreement.

## COUNT I
## BREACH OF CONTRACT

8.  Plaintiff repeats and incorporates by reference to the allegations set forth in paragraphs 1-7 as though the same were fully and completely set forth herein.

9.  Semico breached the Agreement with Pro Tem by restricting Pro Tem's ability to carry out the Agreement as set forth above at paragraph 5, and by terminating the Agreement in violation of the terms of the Agreement.

10. Pro Tem has been damaged by Semico's breach in the loss of commissions to which Pro Tem is entitled under the Agreement.

## COUNT II
## M.G.L. c. 93A

11. Plaintiff repeats and incorporates by reference the allegations set forth in paragraphs 1-10 as though the same were fully and completely set forth herein.

12. The sole owner, Officer and Director of Pro Tem, Jan-Charles Fine, is a minority (30%) shareholder of Semico.

13. Since late 2004, Semico has attempted to force Mr. Fine to sell his interest in Semico, which Mr. Fine refused to sell. In addition, Semico has requested that Pro Tem voluntarily terminate the Agreement or reduce the commissions to which Pro Tem is entitled under the Agreement. Pro Tem has refused these requests.

14. Since that time Semico has engaged in a series of activities set forth above including terminating the Agreement, intended and designed to force Mr. Fine to sell his ownership interest in Semico and to force Pro Tem to waive or compromise its rights under the Agreement.

15. Such course of conduct constitutes unfair and deceptive practices in violation of M.G.L. c. 93A.

16. Semico's conduct as described above constitutes knowing and willful violations of M.G.L. c. 93A.

17. Plaintiff has been damaged by such violations in the loss of commissions to which Pro Term is entitled under the Agreement.

WHEREFORE, Plaintiff demands that Judgment enter in its behalf plus triple damages, interest, costs and attorney's fees, and such other relief as the Court deems proper.

### JURY DEMAND

Plaintiff demands a Jury Trial on all issues so triable.

Respectfully submitted,

PRO TEM PARTNERS, INC.,

By their attorneys,

_____
J. Allen Holland, BBO# 546892
Anne Hoffman, BBO# 236880
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
(617) 951-0800

197846_1

# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

CIVIL DOCKET# MICV2005-02646-K

RE: **Pro Tem Partners, Inc. v Semico Research Corporation, Inc.**

TO: J Allen Holland, Esquire
    Lynch Brewer Hoffman & Fink LLP
    101 Federal Street
    22nd floor
    Boston, MA 02110

## TRACKING ORDER - F TRACK

You are hereby notified that this case is on the **fast (F) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
| --- | --- |
| Service of process made and return filed with the Court | 10/30/2005 |
| Response to the complaint filed (also see MRCP 12) | 12/29/2005 |
| All motions under MRCP 12, 19, and 20 filed | 12/29/2005 |
| All motions under MRCP 15 filed | 12/29/2005 |
| All discovery requests and depositions completed | 05/28/2006 |
| All motions under MRCP 56 served and heard | 06/27/2006 |
| Final pre-trial conference held and firm trial date set | 07/27/2006 |
| Case disposed | 09/25/2006 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**
This case is assigned to session **K** sitting in **Rm 9A (Cambridge) at Middlesex Superior Court.**

Dated: 08/02/2005

                      Edward J. Sullivan
                      Clerk of the Courts
                      BY: Wayne Emerson
                      Assistant Clerk

Location: Rm 9A (Cambridge)
Telephone: 617-494-4010 EXT 4271

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) ___TECOGEN, INC. v. AEGIS ENERGY SERVICES, INC.___

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    [ ]  I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    [✓]  II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

    [ ]  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

    [ ]  IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

    [ ]  V.   150, 152, 153.

    05-11823 RCL

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                    YES [ ]    NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
                                                                    YES [ ]    NO [✓]
    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                    YES [ ]    NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                    YES [ ]    NO [✓]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                    YES [ ]    NO [✓]

    A.  If yes, in which division do all of the non-governmental parties reside?

        Eastern Division [ ]    Central Division [ ]    Western Division [ ]

    B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

        Eastern Division [✓]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
                                                                    YES [ ]    NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME ___Julie A. Frohlich___
ADDRESS ___Goulston & Storrs, 400 Atlantic Avenue, Boston, MA 02110___
TELEPHONE NO. ___617-574-6402___

(CategoryForm.wpd - 5/2/05)

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Tecogen, Inc.

**(b)** County of Residence of First Listed Plaintiff  **Middlesex**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Julie A. Frohlich, Esq., Goulston & Storrs, 400 Atlantic Avenue, Boston, MA 02110    617-574-6402

## DEFENDANTS
Aegis Energy Services, Inc., Aegenco, Inc., and Aegis Generation Company

County of Residence of First Listed Defendant  **Hampden**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Deborah A. Basile, Esq., Doherty, Wallace, Pillsbury and Murphy, P.C., One Monarch Place, Suite 1900, Springfield, MA 01144

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability |  |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
|  |  | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
|  | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |  |  |  | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** |  |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  |  | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. § 101 et seq. and 35 U.S.C. § 101 et seq.
Brief description of cause:
Making and selling cogeneration modules that infringe plaintiffs' copyright and patent rights, and related acts

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 500,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 09/07/2005
SIGNATURE OF ATTORNEY OF RECORD  /s/ Julie A. Frohlich

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____