UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRO TEM PARTNERS, INC., )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>SEMICO RESEARCH )<br>CORPORATION, INC., )<br>      Defendant. ) | No. 05-11822-RCL |

**CERTIFICATE OF COMPLIANCE**
**WITH LOCAL RULE 16.1(D)(3)**

Now comes the Plaintiff in the above-entitled matter, together with its attorneys, and hereby certifies as follows:

1. That they have conferred with a view towards establishing a budget for the cost of conducting the full course – and various alternative courses – of litigation; and

2. That they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


/s/ Jan-Charles Fine
Pro Tem Partners, Inc.
By:  Jan-Charles Fine

/s/ J. Allen Holland, Jr.
J. Allen Holland, Jr., BBO #546892
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA  02110-1800
(617) 951-0800

Dated:  October 31, 2005

201150_1