UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRO TEM PARTNERS, INC., )<br>    Plaintiff, )<br>)<br>v. )<br>)    No. 05-11822-RCL<br>SEMICO RESEARCH )<br>CORPORATION, INC., )<br>    Defendant. ) | |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO RULE 7.3**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Plaintiff, Pro Tem Partners, Inc., discloses that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

PRO TEM PARTNERS, INC.,

By its attorney,

/s/ J. Allen Holland, Jr.
J. Allen Holland, Jr., BBO #546892
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA  02110-1800
(617) 951-0800

Dated:  October 31, 2005

201142_1