UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRO TEM PARTNERS, INC.,<br>Plaintiff<br><br>V.<br><br>SEMICO RESEARCH CORPORATION, INC.<br>Defendant | )<br>)<br>)<br>) Civil Action No. 05-11822-RCC<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S CERTIFICATION

Pursuant to LR 16.1(D)(3) the undersigned counsel and client affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

November 4, 2005

SEMICO RESEARCH CORP.
By

*/s/ James Feldhan*
James Feldhan, President

COUNSEL:

_____
Joseph F. Ryan BBO# 435720
Lyne Woodworth & Evarts LLP
600 Atlantic Avenue
Boston, MA 02210
Telephone 617/523-6655
Telecopy  617/248-9877
Email: JRyan@LWELaw.com