UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRO TEM PARTNERS, INC., )<br>    Plaintiff ) <br> ) <br> V. ) Civil Action No. 05-11822-RCC <br> ) <br> SEMICO RESEARCH CORPORATION, INC. ) <br>    Defendant ) <br> ) | |

DEFENDANT SEMICO RESEARCH CORP.'S
CORPORATE DISCLOSURE STATEMENT (LOCAL RULE 7.3)

Defendant Semico Research Corp., Inc. has no parent corporation, and no publicly held company owns 10% or more of its stock.

By its attorneys,

Joseph F. Ryan BBO# 435720
Lyne Woodworth & Evarts LLP
600 Atlantic Avenue
Boston, MA 02210
Telephone 617/523-6655 - Telecopy 617/248-9877
E-mail: Jryan@LWELaw.com