UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRO TEM PARTNERS, INC.,          ) | |
|     Plaintiff          ) | |
|     ) | |
| V.          ) | Civil Action No. 1:05-cv-11822 |
|     ) | |
| SEMICO RESEARCH CORPORATION          ) | |
|     Defendant          ) | |
|     ) | |

MOTION TO REVISE SCHEDULE
FOR FILING OF MOTION TO DISMISS (ASSENTED TO)

    Counsel for the defendant Semico Research Corp. respectfully requests that the date for filing defendant's motion to dismiss be extended one week, to December 19, 2005, and that the date for plaintiff's filing of its response likewise be extended one week, to January 19, 2005.

    In support of this motion the undersigned counsel respectfully represents that the additional time is needed to finalize the motion and affidavit, due to the press of other matters and the delays inherent in working with an out-of-state client.

    Counsel for Plaintiff has assented to this Motion.

    By its attorneys,

    Joseph F. Ryan BBO# 435720
    Lyne Woodworth & Evarts LLP
    600 Atlantic Avenue
    Boston, MA 02210
    Telephone 617/523-6655 - Telecopy 617/248-9877
    E-mail: Jryan@LWELaw.com