UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PRO TEM PARTNERS, INC., )
    Plaintiff )
 )
V. ) Civil Action No. 1:05-cv-11822
 )
SEMICO RESEARCH CORPORATION )
    Defendant )
 )

DEFENDANT SEMICO RESEARCH CORP.'S
MOTION TO DISMISS

The defendant, Semico Research Corp. ("Semico"), moves to dismiss this action, or transferred pursuant to 28 U.S.C. § 1631 to the United States District Court for the District of Arizona, on the ground that the Court lacks personal jurisdiction over the defendant.

In support of this motion, Semico submits the Affidavit of James Feldhan, and an accompanying Memorandum.

By its attorneys,

Joseph F. Ryan BBO# 435720
Lyne Woodworth & Evarts LLP
600 Atlantic Avenue
Boston, MA 02210
Telephone 617/523-6655 - Telecopy 617/248-9877
E-mail: JRyan@LWELaw.com