UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PRO TEM PARTNERS, INC.,          )
          Plaintiff,               )
                             )
v.                                )
                             )          No. 05-11822-RCL
SEMICO RESEARCH                  )
CORPORATION, INC.,               )
          Defendant.               )

## AMENDED JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pro Tem Partners, Inc. ("PTP") and Defendant, Semico Research Corporation, Inc. ("Semico"), submit the following Amended Joint Statement pursuant to Local Rule 16.1(D) and Fed. R. Civ. P. 26(f):

### SETTLEMENT

Pursuant to F.R.C.P. 26(f) and Local Rule 16.1(C), the Plaintiff has presented the Defendant with a written settlement offer.

### JOINT DISCOVERY PLAN

The parties exchanged initial disclosures pursuant to F.R.C.P. 26(a) by November 30, 2005.  The parties will complete all non-expert discovery by October 31, 2006.  The parties will complete all expert discovery by December 31, 2006.  The parties agree to limit discovery in accordance with L.R. 26.1(C).  All discovery requests must be served in sufficient time to allow the other party to respond within the time periods allotted by the Federal Rules of Civil Procedure and before the deadlines established by the Court for conclusion of such discovery.

### EXCHANGE OF WITNESS LISTS

The parties have exchanged lists of fact witnesses. Each party reserves the right subsequently to move to add additional fact witnesses to their respective lists.  The parties will provide their expert witness reports to each other by November 30, 2006.  If

one party does not designate an expert but the other party does, then the non-designating party reserves the right to designate a rebuttal expert and serve a rebuttal expert report within twenty-one (21) days.  The parties will proceed promptly to complete expert witness discovery.

**MOTION SCHEDULE**

The time for filing Motions pursuant to Rule 15 expired on April 30, 2006.

The parties may file dispositive motions at any time, but in no event later than December 31, 2006.  Responses to such motions are due January 31, 2007.

**RULE 16.1 CERTIFICATES**

Fully executed Rule 16.1 certificates have been filed with the Court.

**TRIAL BEFORE MAGISTRATE JUDGE**

At this time, the parties do not consent to trial before a Magistrate-Judge.

**ALTERNATIVE DISPUTE RESOLUTION**

After conducting the initial discovery, the parties are willing to mediate as described in L.R. 16.4(c)(4).

| PRO TEM PARTNERS, INC., | SEMICO RESEARCH CORPORATION, INC., |
|---|---|
| By its attorneys, | By its attorney, |
| /s/ Anne Hoffman | |
| J. Allen Holland, Jr., BBO #546892 | |
| Anne Hoffman, BBO #236880 | /s/ Joseph F. Ryan |
| LYNCH, BREWER, HOFFMAN & FINK, LLP | Joseph F. Ryan, BBO #435720 |
| 101 Federal Street, 22nd Floor | Lyne, Woodworth & Evarts, LLP |
| Boston, MA  02110-1800 | 600 Atlantic Avenue, 25th Floor |
| (617) 951-0800 | Boston, MA  02210 |
| | (617) 523-6655 |

241863_1