## SCHEDULE OF ACTIONS

1. *SEMICO RESEARCH CORP., an Arizona Corporation v. JAN-CHARLES FINE and JOSEFINA R. FINE, husband and wife; PRO TEM PARTNERS, INC., a Massachusetts corporation.*

    In the United States District Court for the District of Arizona (Phoenix Division)
    Case No. 2:06-cv-02475-DGC

    Assigned to: Judge David G. Campbell

2. *PRO TEM PARTNERS, INC. v. SEMICO RESEARCH CORPORATION, INC.*

    United States District Court For the District of Massachusetts (Boston Division)
    Case No. 1:05-cv-11822-RCL

    Assigned to: Judge Reginald C. Lindsay

248707_1