## CERTIFICATE OF SERVICE

I, J. Allen Holland, Jr., Esquire, hereby certify that on 2/16/07, a true and accurate copy of the foregoing PRO TEM PARTNERS, INC.'S MOTION FOR TRANSFER OF ACTIONS FOR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. §1407 AND BRIEF, was mailed, postage prepaid, to all attorneys and parties of record, as listed below, and to the clerk of each district court in which is pending an action that will be affected by this Motion:

Joseph F. Ryan, Esquire
Lyne, Woodworth & Evarts LLP
600 Atlantic Avenue
Boston, MA 02210
Counsel for: Semico Research Corp.

Ryan James Lorenz, Esquire
Norling, Kolstrud, Sifferman & Davis, P.L.C.
16427 No. Scottsdale Rd.
Scottsdale, AZ 85254
Counsel for: Semico Research Corp.

Charles Michael Callahan, Esquire
Holloway, Odegard, Forrest, Kelly & Kasparek, P.C.
3101 N. Central Avenue
Phoenix, AZ 85012
Counsel for: Pro Tem Partners, Inc., Jan-Charles Fine and Josefina R. Fine

Date: 2/16/07                                    Attorney: [signature]

248709_1