## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: Pro Tem Partners, Inc. and
    Semico Research Corp. Litigation

MDL No. _____

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of Pro Tem Partners, Inc.

PRO TEM PARTNERS, INC.,

By its attorney,

/s/ J. Allen Holland, Jr.
J. Allen Holland, Jr., BBO #546892
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800

Dated: 2/13/07

254219_1

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on 2/16/07.

/s/ J. Allen Holland, Jr.

1