**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

In re:  Pro Tem Partners, Inc. and
Semico Research Corp. Litigation

MDL No. _____

**CORPORATE DISCLOSURE STATEMENT
PURSUANT TO RULE 5.3**

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff, Pro Tem Partners, Inc., discloses that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

PRO TEM PARTNERS, INC.,

By its attorney,

_____
J. Allen Holland, Jr., BBO #546892
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA  02110-1800
(617) 951-0800

Dated: 2/16/07

254211_1

CERTIFICATE OF SERVICE
[illegible certificate of service text]