UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRO TEM PARTNERS, INC., )<br>Plaintiff, )<br> )<br>v. )<br> )<br>SEMICO RESEARCH )<br>CORPORATION, INC., )<br>Defendant. ) | No. 05-11822-RCC |

**NOTICE OF APPEARANCE**

Please enter my appearance as an attorney for the Plaintiff, Pro Tem Partners, Inc., in the above-referenced matter.

/s/ Dale C. Kerester

Dale C. Kerester , BBO #548385
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA  02110-1800
(617) 951-0800

248013_1 dk