UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRO TEM PARTNERS, INC., )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>SEMICO RESEARCH )<br>CORPORATION, INC., )<br>    Defendant. ) | No. 05-11822-RCC |

### STIPULATION OF DISMISSAL (WITH PREJUDICE)

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii) the plaintiff, Pro Tem Partners, Inc. and the defendant, Semico Research Corp., stipulate that this case be dismissed WITH prejudice, and with each party to bear its own costs.

By their attorneys,

_____  
J. Allen Holland, BBO# 546892  
Anne Hoffman, BBO# 236880  
Lynch, Brewer, Hoffman & Fink, LLP  
101 Federal Street, 22nd Floor  
Boston, MA 02110  
Telephone (617)951-0800  
Telecopy  (617) 951-0800  

**Joseph F. Ryan**  
**BBO# 435720**  
*Digitally signed by Joseph F. Ryan BBO# 435720*  
*DN: c=US, cn=Joseph F. Ryan BBO# 435720, o=Lyne Woodworth & Evarts LLP*  
*Date: 2007.09.19 14:50:03 -04'00'*

Joseph F. Ryan (BBO#435720)  
Lyne Woodworth & Evarts LLP  
600 Atlantic Avenue  
Boston., MA 02210  
Telephone (617)523-6655  
Telecopy  (617)248-9877  
JRyan@LWELaw.com